JOSEPH C. GREW, Respondent, *v.* MOUNTAIN HOME TELEPHONE COMPANY, INC., Appellant.

*Malicious prosecution — when facts are disputed question of probable cause is for jury.*

*Grew* v. *Mountain Home Telephone Co., Inc.*, 192 App. Div. 863, affirmed.

(Argued March 9, 1922; decided March 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 8, 1920, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial. The action was to recover for alleged malicious prosecution. The

trial court dismissed the complaint upon the ground that plaintiff had failed to show a want of probable cause as a matter of law. The Appellate Division held that the facts being disputed the question of probable cause was for the jury.

*George E. Van Kennan* and *Thomas Spratt* for appellant. *Lowen Edward Ginn* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.